[No. 52705-3-I.   Division One.   March 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE RYAN O'FLYNN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-05493-0, Richard A. Jones, J., entered July 28, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52730-4-I.   Division One.   March 7, 2005.]

*In the Matter of the Marriage of* MARIA LUZ KRISMER, *Appellant*, and CORNELIO T. DELEON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-3-04681-7, Patricia H. Aitken, J. Pro Tem., entered February 4, 2003. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Coleman, J., concurred in by Grosse and Schindler, JJ.

[No. 52857-2-I.   Division One.   March 7, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KARAMJIT SINGH, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-00247-2, Michael F. Moynihan, J., entered July 8, 2003. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 52876-9-I.   Division One.   March 7, 2005.]

WALID SHAHIN ET AL., *Appellants*, v. THE ROUSE COMPANY OF WASHINGTON, INC., ET AL., *Defendants*, MONTGOMERY KONE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-20048-9, Nicole MacInnes, J., entered August 1, 2003. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Becker, JJ.